UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN L. TAYLOR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WMC MORTGAGE CORP.;<br>WESTWOOD ASSOCIATES;<br>MORTGAGE ELECTRONIC<br>SYSTEMS; FIRST AMERICAN<br>LOANSTAR TRUSTEE<br>SERVICES<br><br>　　　　Defendants.<br>_____ | Case No. EDCV 09-1157-VAP (Ex)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against FIRST AMERICAN LOANSTAR TRUSTEE SERVICES is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated:  July 13, 2009

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　　United States District Judge