UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN L. TAYLOR, | Case No. EDCV 09-1157-VAP (Ex) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| WMC MORTGAGE CORP.; WESTWOOD ASSOCIATES; MORTGAGE ELECTRONIC SYSTEMS; FIRST AMERICAN LOANSTAR TRUSTEE SERVICES | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against MORTGAGE ELECTRONIC SYSTEMS, INC. is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated:  July 13, 2009

VIRGINIA A. PHILLIPS
United States District Judge