O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RYAN L. TAYLOR, | ) | Case No. EDCV 09-1157-VAP (Ex) |
|---|---|---|
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| WMC MORTGAGE CORP., et al., | ) | |
| Defendants. | ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against WMC Mortgage, LLC, successor in interest to WMC Mortgage Corp., is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated:    September 2, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge